**Joseph M. LYNCH, Plaintiff–Appellant,**

v.

**K.W. DRODDY, Lieutenant Deputy; Wittham, Deputy Sargeant; Phayme, Deputy; Deputy Keene; Deputy Joyce; Thompkins, Deputy Sargeant; Deputy Sinc, Defendants–Appellees.**

No. 01–7561.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 12, 2002.

Decided March 4, 2002.

Joseph M. Lynch, Appellant Pro Se. Jacqueline Guess Epps, Michael Robert Ward, Morris & Morris, Richmond, Virginia, for Appellees.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph M. Lynch appeals the district court's order dismissing two Defendants from this action under 42 U.S.C. § 1983 (1994) without prejudice. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We accordingly deny Lynch's motion for a transcript at government expense and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*